IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CUONG HUY DAO,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**P. TABOR, et al.,**<br><br>                    Defendants. | 2:22-cv-00846-KJN P<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for an extension of time to contact the Court regarding a settlement conference (ECF No. 20) is granted. The deadline to contact the Court to set a settlement conference is extended to November 28, 2022.

Dated:  September 19, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dao846.eot

1

(Proposed) Order  (2:22-cv-00846-KJN)