1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CUONG HUY DAO,                              No.  2: 22-cv-00846 KJN P

12                   Plaintiff,

13         v.                                     ORDER

14    P. TABOR, et al.,

15                   Defendants.

16

17         Good cause appearing, IT IS HEREBY ORDERED that defendants' motion for an

18    extension of time to opt out of the Post-Screening ADR Project (ECF No. 24) is granted.  The

19    deadline to file a motion to opt out of the Post-Screening ADR Project is extended to  December

20    19, 2022.

21    Dated:  November 23, 2022

22

23                                               KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE
24

25
      Dao846.eot(2)
26

27

28

                                                 1