IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CUONG HUY DAO,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**P. TABOR, et al.,**<br><br>                              Defendants. | Case No. 2:22-cv-00846-TLN-KJN P<br><br>**ORDER** |

The Court has reviewed Defendants' Motion for Extension of Time (ECF No. 60) to file a response to the Court's Order (ECF No. 57). Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time (ECF No. 60) is granted; and
2. Defendants shall file their response to the Court's Order (ECF No. 57) on or before December 1, 2023. All other terms of ECF No. 57 remain in full force and effect.

Dated:  November 28, 2023

Dao846.eot(d)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1