IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CUONG HUY DAO,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**P. TABOR, et al.,**<br><br>                    Defendants. | Case No. 2:22-cv-00846 TLN KJN P<br><br>**ORDER** |

Good cause appearing, Defendant Tabor's and Hibbard's motion for a sixty-days extension of time to file a motion for summary judgment (ECF No. 68) is **GRANTED**. Defendant Hibbard and Tabor shall file their motion for summary judgment on or before February 27, 2024.

Dated:  December 22, 2023

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dao846.eot(sj)