IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CUONG HUY DAO,**<br><br>                              Plaintiff,<br><br>         v.<br><br>**P. TABOR, et al.,**<br><br>                              Defendants. | 2:22-cv-00846-TLN KJN P<br><br>**ORDER** |

Good cause appearing, Defendant Tabor's and Hibbard's motion for a fourteen-days extension of time to file a response to the Court's Order filed January 2, 2024 (ECF No. 73) is **GRANTED**.

Defendants shall file their response to the Court's Order filed January 2, 2024, on or before January 30, 2024.  No further requests for extensions of time to file the response will be granted.

Dated:  January 10, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Dao846.eot(1)

1