UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. TABOR, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-0846 TLN KJN P<br><br><br>ORDER |

Plaintiff filed a motion for a fourteen days extension of time to file an opposition to defendants' summary judgment motion.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 84) is granted; and

2. Plaintiff is granted fourteen days from the date of this order in which to file his opposition to defendants' summary judgment motion.

Dated:  March 20, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dao846.eot(sj)

1