1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     CUONG HUY DAO,                              No.  2:22-cv-00846 TLN CSK P

12                 Plaintiff,

13          v.                                     ORDER

14     P. TABOR, et al.,

15                 Defendants.

16

17          Plaintiff is a state prisoner proceeding with a civil rights action pursuant to

18     42 U.S.C. § 1983.  On October 29, 2024, this Court appointed counsel to represent plaintiff for

19     the limited purpose of representing plaintiff at a settlement conference.  (ECF 98.)  The settlement

20     conference is set for February 27, 2024.  (ECF No. 99.)

21          On December 18, 2024, plaintiff filed a pleading with the court titled "Mail Tampering."

22     (ECF No. 102.)  In this pleading, plaintiff states that he has not been contacted by the counsel

23     appointed to represent him at the settlement conference.  (Id. at 1.)  Plaintiff also alleges that his

24     mail has been tampered with and that a correctional officer stole plaintiff's canteen food.  (Id. at

25     2.)  Because plaintiff is represented by counsel, he may only communicate with the Court through

26     his counsel.  For this reason, this Court will issue no orders responding to plaintiff's pleading

27     filed December 18, 2024.  However, if plaintiff has not been contacted by the counsel appointed

28     to represent him at the settlement conference by the time plaintiff receives the instant order,

                                                   1

1  plaintiff shall notify the Court.

2      Accordingly, IT IS HEREBY ORDERED that:

3      1.  No orders will issue in response to plaintiff's pleading filed December 18, 2024; and

4      2.  The Clerk of the Court shall serve this order on plaintiff Cuong Huy Dao, CDC No.

5  AU-6855, High Desert State Prison, P.O. Box 3030, Susanville, California, 96127.

6

7  Dated:  December 27, 2024

8  _____
    CHI SOO KIM

9      UNITED STATES MAGISTRATE JUDGE

10

11

12  Dao846.ord(2)/2

2