UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUONG HUY DAO, | No.  2:22-cv-00846 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| P. DABOR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 14, 2025, counsel was appointed to represent plaintiff at a settlement conference.  (ECF No. 115.)  On December 16, 2025, Magistrate Judge Cota held a settlement conference in this action.  (ECF No. 121.)  Following the settlement conference, this action was settled.  (Id.)  The parties were ordered to file dispositional documents within thirty days of December 16, 2025.  (Id.)  Thirty days passed from December 16, 2025 and the parties did not file dispositional documents.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, the parties shall file dispositional documents or show cause for their failure to file dispositional documents.

////

////

1

Dated:  January 21, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Dao846.ord(3)/2